FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

COMPLAINT

Smith
(Last Name)    (Identification Number)

Rhett
(First Name)    (Middle Name)

Jasper County Jail
(Institution)

29 W. 8th Ave., Bay Springs, MS 39422
(Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 17 2017
ARTHUR JOHNSTON
BY _____ DEPUTY

Gloria Stevens V. (Individually)    CIVIL ACTION NUMBER: 2:17cv143-KS-MTP
Randy Johnson (Individually)        (to be completed by the Court)
Sheriff's Dept. Jasper County, Mississippi
Board of Supervisors Jasper County, Mississippi
Others unknown to Plaintiff and he reserves the right to amend his
Complaint at a later date to add their name(s).
(Enter the full name of the defendant(s) in this action)

GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
   Yes (X)    No ( )

B. Are you presently incarcerated?
   Yes (X)    No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
   Yes ( )    No (X)

D. Are you presently incarcerated for a parole or probation violation?
   Yes ( )    No (X)

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes ( )    No (X)

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes ( )    No (X)

Page 1 of 4

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Rhett Smith                Prisoner Number: ✗

   Address: P.O. Box 464 - Bay Springs, MS 39422

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Gloria Stevens (Individually) is employed as Jail Administrator

   at 29 W. 8th Ave., Bay Springs, MS 39422

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Rhett Smith

ADDRESS: P.O. Box 464, Bay Springs, MS 39422

DEFENDANT(S):

NAME:
Gloria Stevens (Individually)
Randy Johnson (Individually)
Sheriff Dept., Jasper County, Mississippi
Board of Supervisors, Jasper County, Mississippi

ADDRESS:
29 W. 8th Ave., Bay Springs, MS 39422
29 W. 8th Ave., Bay Springs, MS 39422
29 W. 8th Ave., Bay Springs, MS 39422
29 W. 8th Ave., Bay Springs, MS 39422

Others unknown to Plaintiff and he reserve the right to amend his complaint at a later date to show their name(s).

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any lawsuits in a court of the United States? Yes ( ) No (X)

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.
1. Parties to the action: N/A
2. Court (if federal court, name the district; if state court, name the county): N/A
3. Docket Number: N/A
4. Name of judge to whom case was assigned: N/A
5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) N/A

CASE NUMBER 2.
1. Parties to the action: N/A
2. Court (if federal court, name the district; if state court, name the county): N/A
3. Docket Number: N/A
4. Name of judge to whom case was assigned: N/A
5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) N/A

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary). The unsafe, unsanitary conditions of this Jail on Black Mold in Shower(s); ventilation system; living area, but not limited to. The defendant(s) has cognized a scheme to sensor the incoming news both print and electronic medial, magazine(s) but not limited to. Jail Employees/Staff giving out Medication/Narcotic(s) that does not have DEA Certification/License, but not limited to; Detainee as myself has been imprison/held in "Debtor's Prison" without any hearing beforehand, to get an attorney appointed and to see or determine my financial status to pay fine; cost; bond, it's on a pay or stay system being ran by these defendant(s), but not limited to, ~~while acting in bad faith.~~

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes. I am seeking Six Million Dollars ($6,000,000.00) punitive damage to be assessed by a Jury and I DEMAND A Jury Trial; Injunctive relief to ~~stop~~ these defendants from doing these alleged things to any other person whatsoever!

Signed this 9 day of August, 20 17.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

x [signature]
Signature of plaintiff